429 A.2d 757

Muller etc., et al., Appellants v. Midstates Equipment Service et al.

Argued June 12, 1980. Susan B. Bolno, for Muller, appellants; Louis S. Criden, for Midstates, appellee; John W. Frazier, IV, for Mobil Oil, appellee; Joseph F. Van Horn, Jr., for McNichol et al., appellees.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

Order of the lower court granting summary judgment in favor of Mobil Oil Corporation is hereby affirmed.